No. 92–5415. ENCISO-MORALES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5416. BREWER *v.* NIX, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 92–5418. ANTOINE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5419. BROWN *v.* RIVERSIDE CORRECTIONAL FACILITY ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–5422. THOMAS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–5423. VALDEZ *v.* OHIO. Ct. App. Ohio, Ottawa County. Certiorari denied.

No. 92–5424. SCHIFFBAUER *v.* UNITED STATES; and STOKES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 956 F. 2d 201 (first case); 962 F. 2d 15 (second case).

No. 92–5425. GARCIA *v.* WARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–5426. WILSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–5428. SMITH *v.* JABE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–5429. GALLIANO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–5430. JOHNSON *v.* MORGAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–5431. MONROE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5432. LIBERTO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5434. MEADOWS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.